1  AARON D. FORD
2    Attorney General
   D. RANDALL GILMER, Bar No. 14001
3    Chief Deputy Attorney General
   DOUGLAS R. RANDS, Bar No. 3572
4    Senior Deputy Attorney General
   LEO T. HENDGES, Bar No. 16034
5    Deputy Attorney General
   State of Nevada
6  Public Safety Division
   100 N. Carson Street
7  Carson City, NV 89701-4717
   Tel: (775) 684-1150
8  E-mail: drands@ag.nv.gov
           dgilmer@ag.nv.gov
9          lhendges@ag.nv.gov

10                    **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12

13  Rickie Hill,                              Case No. 2:20-cv-00684-APG-NJK

14                    Plaintiff,      **STIPULATION AND ORDER FOR
                                       DISMISSAL WITH PREJUDICE**
15  v.

16  Douglas R. Rands; Aaron Ford,

17                    Defendants.

18

19                                          Case No. 2:20-cv-01569-RFB-NJK

20  Rickie Hill,                     **STIPULATION AND ORDER FOR
                                      DISMISSAL WITH PREJUDICE**
21                    Plaintiff,

22  v.

23  Ruiz; Leong; C. Shepard,

24                    Defendants.

25

26

27

28

1

| | |
|---|---|
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Brandon Marcano; Ruiz,<br><br>     Defendants. | Case No. 2:20-cv-01608-KJD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Harper,<br><br>     Defendant. | Case No. 2:20-cv-01655-KJD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Brandon Marcano; Dwayne Matos;<br>Alexander Deyro; Eric Allen,<br><br>     Defendants. | Case No. 2:20-cv-01686-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rickie Hill,

                         Plaintiff,

v.

Spry; Calvin Johnson; E.A. Thompson; Jesus Ruiz; Torres; Piccinini,

                         Defendants.

Case No. 2:20-cv-01687-RFB-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                         Plaintiff,

v.

Marciano; Wuest,

                         Defendants.

Case No. 2:20-cv-01717-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                         Plaintiff,

v.

C. Carmona; Jesus Ruiz,

                         Defendants.

Case No. 2:20-cv-01807-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

3

| | |
|---|---|
| Rickie Hill, | Case No. 2:20-cv-01822-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson, | |
| Defendants. | |
| Rickie Hill, | Case No. 2:20-cv-01868-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Daniel Rhude; Jesus Ruiz, | |
| Defendants. | |
| Rickie Hill, | Case No. 2:20-cv-02361-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| D. Rodriguez, Jr., | |
| Defendant. | |

1

2

3

4

5

6

7

| |
|---|
| Rickie Hill,<br><br>             Plaintiff,<br><br>v.<br><br>Juan Lima,<br><br>             Defendant. |

Case No. 2:21-cv-00145-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

8

9

10

11

12

13

14

15

| |
|---|
| Rickie Hill,<br><br>             Plaintiff,<br><br>v.<br><br>D. Striplin; Allen; Frank Lopez,<br><br>             Defendants. |

Case No. 2:21-cv-00240-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

16

17

18

19

20

21

22

| |
|---|
| Rickie Hill,<br><br>             Plaintiff,<br><br>v.<br><br>Jackson; Nakatani,<br><br>             Defendants. |

Case No. 2:21-cv-00997-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

23

24

25

26

27

28

5

| | |
|---|---|
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Concepcion Rojastro,<br><br>                    Defendant. | Case No. 2:21-cv-01002-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Amirkhani,<br><br>                    Defendant. | Case No. 2:21-cv-01020-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Jarret Vandine,<br><br>                    Defendant. | Case No. 2:21-cv-01027-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | | |
|---|---|---|
| 1 | | Case No. 2:21-cv-01061-RFB-DJA |
| 2 | Rickie Hill, | **STIPULATION AND ORDER FOR** |
| 3 | Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| 4 | v. | |
| 5 | William Gittere, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | Case No. 2:21-cv-01103-GMN-DJA |
| 9 | Rickie Hill, | **STIPULATION AND ORDER FOR** |
| 10 | Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| 11 | v. | |
| 12 | Tasheena Sandoval, | |
| 13 | Defendant. | |
| 14 | | |
| 15 | | Case No. 2:21-cv-01361-APG-DJA |
| 16 | Rickie Hill, | **STIPULATION AND ORDER FOR** |
| 17 | Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| 18 | v. | |
| 19 | Lundgren, | |
| 20 | Defendant. | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|  |  |
|---|---|
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>T. Struck; J. Ruiz; E. Thompson,<br><br>                    Defendants. | Case No. 2:21-cv-01362-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>J. Pope; Carter; R. Lopez; Valdez,<br><br>                    Defendants. | Case No. 2:21-cv-01371-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Keith McKeehan,<br><br>                    Defendant. | Case No. 2:21-cv-01375-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

8

Rickie Hill,

                Plaintiff,

v.

Hernandez; A. Flores; Ronald Oliver,

                Defendants.

Case No. 2:21-cv-01516-APG-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                Plaintiff,

v.

Array, Matos; A. Kaura,

                Defendants.

Case No. 2:21-cv-01677-APG-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                Plaintiff,

v.

Nichols; Prevost; Collins,

                Defendants.

Case No. 2:21-cv-01679-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Pryten,<br><br>                    Defendant. | Case No. 2:21-cv-01698-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>R. Meyers; T. Johnson,<br><br>                    Defendants. | Case No. 2:21-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Deborah Striplin; Marilyn Villatoro; B. Yeats,<br><br>                    Defendants. | Case No. 2:21-cv-01741-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | Case No. 2:21-cv-01760-JAD-EJY |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|         Plaintiff, | |
| v. | |
| Michael Stewart; G. Santos; Avila, | |
|         Defendants. | |

| | Case No. 2:21-cv-01821-GMN-NJK |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|         Plaintiff, | |
| v. | |
| Brooks, | |
|         Defendant. | |

| | Case No. 2:21-cv-01878-GMN-NJK |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|         Plaintiff, | |
| v. | |
| Des Williams, | |
|         Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01888-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Whittaker, | |
| Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01922-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| A. Lima, | |
| Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01924-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| T. Johnson; R. Meyers; Morenago, | |
| Defendants. | |

| | |
|---|---|
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Jason Rutledge,<br><br>     Defendant.<br><br><br><br>Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Roop; Oliver; Jesus Ruiz,<br><br>     Defendants. | Case No. 3:20-cv-00495-ART-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br><br>Case No. 3:20-cv-00548-RFB-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and through the parties, RICKY LEE HILL, and D. Randall Gilmer, Chief Deputy Attorney General, Douglas R. Rands, Senior Deputy Attorney General, and Leo T. Hendges, Deputy Attorney General, on behalf of Defendants in each of the above-referenced cases, all of whom are current or former employees of the Nevada Department of Corrections or, in one instance, an employee of the Office of the Attorney General, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each of case numbers referenced above and attached as Exhibit A hereto, shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

13

1      The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the

2   Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered

3   moot.

4   DATED this 14th of December, 2022.        DATED this 14th Day of December, 2022.

5                               AARON D. FORD

6                               Attorney General

7

8   By: _____     By: /s/ D. Randall Gilmer on behalf of

9     Ricky Lee Hill, Plaintiff              D. Randall Gilmer, NV Bar No. 14001
     In Pro Per                       Chief Deputy Attorney General

10                             Douglas R. Rands, NV Bar No. 3572
                            Senior Deputy Attorney General

11                             Leo T. Hendges, NV Bar No. 16034
                             Deputy Attorney General

12                             *Attorneys for Defendants*

13

14                       **ORDER**

15      **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is

16   directed to close the case.

17      **IT IS FURTHER ORDERED** that the Motion/Application for Leave to Proceed in
   forma pauperis, ECF No. 1, Case No. 2:20-cv-1807-GMN-DJA, is **DENIED as moot**.

18

19      Dated this __20__ day of December, 2022.

20

21                    _____
                      Gloria M. Navarro, District Judge

22                      UNITED STATES DISTRICT COURT

23

24

25

26

27

28

14

Index of Exhibits

| Exhibit A | List of cases filed by Rickie Hill |
|-----------|-----------------------------------|

Exhibit A – List of cases filed by Rickie Hill

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495- ART -CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of December, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Rickie Hill #87052
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General